## No. 833

### FINKLEMAN v. STATE

No. 19953.   Supreme Court

On motion to certify.   Dock. July 6, 1926; 4 Abs. 475.

661.   INTOXICATING LIQUOR—In a prosecution, is it necessary for the State to show knowiedge?

This action was brought originally by the State of Ohio in a Mayor's Court against Sam Finkleman who was accused of the unlawful possession of intoxicating liquor.

Finkleman claims to have had no knowledge of the existence of the liquor in his house but contends that it was placed there by his brother during his absence.

The conviction in the Municipal Court was affirmed by the Butler Common Pleas and the Court of Appeals.

Finkleman in the Supreme Court contends:

1. That the conviction was wrongful because no evidence was offered by the State to show knowledge of the existence of the liquor.

2. That knowledge was necessary for conviction.

Attorneys—C. D. Boyd and Robt. McCurrey, Middletown, for Finkleman; H. S. Wonnell and P. P. Boli, Hamilton, for State.